John A. Snyder, Esq. Bar ID # 029821993
JACKSON LEWIS P.C.
666 Third Avenue, 29th Floor
New York, New York 10017
(212) 545-4000
ATTORNEY FOR DEFENDANT

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAMBIT PATTANAYAK, | : Hon. Kevin McNulty |
| Plaintiff, | : |
| v. | : Civil Action No.: 2:20-cv-12640 |
| MASTERCARD, INC., | **:NOTICE OF MOTION TO DISMISS** |
| | **:PLAINTIFF'S COMPLAINT** |
| Defendant. | : |

To:

    Clerk
    United States District Court for the
    District of New Jersey
    M.L.K., Jr. Federal Bldg. & U.S.
    Courthouse
    50 Walnut Street
    Newark, NJ 07102

    Alan Genitempo, Esq.
    Piro Zinna Cifelli Paris & Genitempo, LLC
    360 Passaic Avenue
    Nutley, NJ 07110

PLEASE TAKE NOTICE that on Monday, October 19, 2020 at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendant Mastercard International Incorporated, incorrectly

named in this action as "Mastercard, Inc." ("Defendant" or "Mastercard") shall move for an order requesting the Court grant their motion to dismiss Plaintiff Sambit Pattanayak's ("Plaintiff") complaint;

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendant shall rely upon Defendant's Memorandum of Law in Support of Motion to Dismiss Plaintiff's Complaint and the Certification of John Snyder;

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is attached; and

**PLEASE TAKE FURTHER NOTICE** Defendant requests oral argument if opposition to this motion is timely filed and served and considered by the Court.

    Respectfully submitted,

    JACKSON LEWIS P.C.
    666 Third Avenue, 29th Floor
    New York, New York 10017
    (212) 545-4000

By:   *s/ John Snyder*
      John A. Snyder

    ATTORNEY FOR DEFENDANT

Dated: September 17, 2020