UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SAMBIT PATTANAYAK, | : | Hon. Kevin McNulty |
| Plaintiff, | : | |
| v. | : | Civil Action No.: 2:20-cv-12640 |
| MASTERCARD, INC., | : | **ORDER** |
| Defendants. | : | |

**THIS MATTER** having been presented to the Court by Jackson Lewis P.C., attorneys for Mastercard International Incorporated, incorrectly named in this action as "Mastercard, Inc." ("Defendant" or "Mastercard") for an order, pursuant to Fed. R. Civ. P. 12(b), dismissing Plaintiff Sambit Pattanayak's ("Plaintiff") complaint with prejudice, and the Court having read and considered the moving papers submitted in support thereof, any opposition thereto and for good cause shown;

**IT IS ON** this _____ day of September 2020;

**ORDERED** that Plaintiff's complaint be and hereby is dismissed with prejudice; and it is further

**ORDERED** that copy of this Order shall be served within seven (7) days of receipt by counsel for Defendant.

_____
Hon. Kevin McNulty