John A. Snyder, Esq. (Bar ID #029821993)
JACKSON LEWIS P.C.
666 Third Avenue, 29th Floor
New York, New York 10017
(212) 545-4000
ATTORNEY FOR DEFENDANT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SAMBIT PATTANAYAK | : | |
| | : | Civil Action No.: 2:20-cv-12640 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MASTERCARD, INC. | : | **CERTIFICATE OF SERVICE** |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

I hereby certify that true and correct copies of Defendant Mastercard International Incorporated', incorrectly named in this action as "Mastercard Inc.'s" ("Defendant" or "Mastercard") notice of motion to dismiss Plaintiff's complaint, memorandum of law in support of motion, certification of John Snyder, proposed form of order and this certificate of service were efiled with the Clerk, United States District Court for the District of New Jersey, and copies were served upon Plaintiff's counsel via ECF, on this 17th day of September, 2020 as follows:

> Alan Genitempo, Esq.
> Piro Zinna Cifelli Paris & Genitempo, LLC
> 360 Passaic Avenue
> Nutley, NJ 07110

> Respectfully submitted,

> JACKSON LEWIS P.C.

> By:   /s/ John Snyder

John A. Snyder
ATTORNEY FOR DEFENDANT