John A. Snyder, Esq. (Bar ID #024201980)
JACKSON LEWIS P.C.
666 Third Avenue, 29th Floor
New York, New York 10017
(212) 545-4000
ATTORNEY FOR DEFENDANT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| SAMBIT PATTANAYAK, | : | Civil Action No.: 2:20-cv-12640 |
| Plaintiff, | : | |
| v. | : | **CERTIFICATION OF** |
| | : | **JOHN A. SNYDER** |
| MASTERCARD, INC., | : | |
| Defendant. | : | |

1.  I, John A. Snyder, am an attorney-at-law in the State of New Jersey and admitted to practice in the United States District Court for the District of New Jersey. I am a Principal at the law firm Jackson Lewis, P.C., attorneys for Defendant Mastercard International Incorporated, incorrectly named in this action as "Mastercard, Inc." ("Defendant" or "Mastercard"). I make this certification in support of Defendant's Motion to Dismiss Plaintiff Sambit Pattanayak's ("Plaintiff") Complaint with Prejudice.

2.  Attached as Exhibit A is a true and accurate copy of the Complaint filed on August 13, 2020.

3.  Attached hereto as Exhibit B is the Notice of Removal, filed on September 14, 2020.

4.  Attached hereto as Exhibit C is a true and correct copy of all of the unreported cases cited in Defendant's Memorandum of Law in Support of its Motion to Dismiss Plaintiff's Complaint.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment for contempt of Court.

*/s John Snyder*<br>John A. Snyder

Dated: September 17, 2020