**PIRO, ZINNA, CIFELLI, PARIS & GENITEMPO, L.L.C.**
Michael A. Koribanick, Esq. – 270442018
360 Passaic Avenue
Nutley, NJ 07110
973-661-0710
Attorneys for Plaintiff, Sambit Pattanayak

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| SAMBIT PATTANAYAK, | : |
| | : Civil Action No.: 2:20-cv-12640 |
| PLAINTIFF, | : |
| | : |
| vs. | : **ORDER** |
| | : |
| MASTERCARD, INC., | : |
| | : |
| DEFENDANT(S). | : |

---

**THIS MATTER** having been brought before this Court by the Defendant MASTERCARD, INC., upon Defendant's Motion to Dismiss Plaintiff's Complaint, the Court having considered the matter for good cause having been shown.

  IT IS, on this ___ day of _____, 2020.

**ORDERED** that Defendant's Motion to Dismiss Plaintiff's Complaint with prejudice is hereby denied in its entirety; AND IT IS FURTHER

**ORDERED** that a copy of the within Order shall be served upon all parties upon upload to e-courts.

  _____
  Hon. Kevin McNulty

____ Opposed
____ Unopposed