# PIRO ZINNA
## CIFELLI PARIS & GENITEMPO

| | | |
|---|---|---|
| JAMES M. PIRO | | KRISTEN JONES+ |
| FRANK J. ZINNA | LIMITED LIABILITY COMPANY | ALEX A. PASTORE |
| ANGELO CIFELLI, JR. | _____ | MELISSA A. GALANTE |
| DAVID M. PARIS+†△ | | MICHAEL A. KORIBANICK |
| ALAN GENITEMPO * | ATTORNEYS AT LAW | |
| RICHARD A. GRODECK† | | BRUCE S. EDINGTON |
| DANIEL R. BEVERE † | 360 PASSAIC AVENUE | OF COUNSEL |
| TODD M. GALANTE*△ | NUTLEY, NEW JERSEY 07110-2787 | |
| MICHELLE E. SMITH+ | | ∗ ALSO MEMBER OF NY BAR |
| | _____ | + ALSO MEMBER OF PA BAR |
| | (973) 661-0710 | † CERTIFIED BY THE SUPREME COURT |
| | FAX: 973-661-5157 | OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY |
| | www.pirozinnalaw.com | △ RULE I:40 QUALIFIED MEDIATOR |
| | E-MAIL: agenitempo@pirozinnalaw.com | |

October 19, 2020

**Via CM/ECF**
Hon. Kevin McNulty, U.S.M.J.
United States District Court
for the District of New Jersey,
Martin Luther King Building & U.S. Courthouse,
50 Walnut Street Room 4015,
Newark, NJ 07101

        Re:  Sambit Pattanayak v. Mastercard
              Civil Action No. 2:20-cv-12640

Dear Judge McNulty:

Enclosed please find Plaintiff's Brief in Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint, Certification of Alan Genitempo, Esq., proposed Order and proof of mailing with regard to the above matter.

Thank you for your consideration.

                        Sincerely,

                        **/s/ ALAN GENITEMPO, ESQ.**
                        Alan Genitempo, Esq.

AG/MAK/lc
Encl.
cc: John A. Snyder, Esq. (Via CM/ECF)