**PROOF OF MAILING**

I hereby certify that on October 19, 2020 Plaintiff's Brief in Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint, Certification of Alan Genitempo, Esq., and proposed Order, has been electronically filed with the Clerk, United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street Room 4015, Newark, NJ 07101, and has been served upon all counsel of interest within the time permitted by the Rules of Court, by CM/ECF, addressed as follows:

Hon. Kevin McNulty, U.S.M.J.
United States District Court
for the District of New Jersey,
Martin Luther King Building & U.S. Courthouse,
50 Walnut Street Room 4015,
Newark, NJ 07101

John A. Snyder, Esq.
JACKSON LEWIS P.C.
666 Third Avenue, 29th Floor
New York, New York 10017

**/s/ ALAN GENITEMPO, Esq.**
Alan Genitempo, Esq.