John A. Snyder, Esq. (Bar ID #024201980)
JACKSON LEWIS P.C.
666 Third Avenue, 29th Floor
New York, New York 10017
(212) 545-4000
ATTORNEY FOR DEFENDANT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| SAMBIT PATTANAYAK,  :<br>  :<br>                    Plaintiff,  :<br>  :<br>         -against-  :<br>  :<br>MASTERCARD, INC.,  :<br>  :<br>                    Defendant.  :<br>  : | **Case No. 2:20-cv-12640**<br><br>**CERTIFICATION OF**<br>**JOHN A. SNYDER** |

1.     I, John A. Snyder, am an attorney-at-law in the State of New Jersey and am admitted to practice in the United States District Court for the District of New Jersey.  I am a Principal at the law firm Jackson Lewis, P.C., attorneys for Defendant Mastercard International Incorporated, incorrectly named in this action as "Mastercard, Inc." ("Defendant" or "Mastercard").  I make this certification in support of Defendant's Reply Memorandum of Law in Further Support of Its Motion to Dismiss Plaintiff Sambit Pattanayak's ("Plaintiff") Complaint.

2.     Attached as Exhibit A is a true and accurate copy of all of the unreported cases cited in Defendant's Reply Memorandum of Law in Further Support of Its Motion to Dismiss Plaintiff's Complaint.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment for contempt of Court.

                                                               */s/ John Snyder*
                                                                   John A. Snyder

Dated: October 26, 2020
4814-9486-9199, v. 1