John A. Snyder, Esq. (Bar ID #029821993)
JACKSON LEWIS P.C.
666 Third Avenue, 29th Floor
New York, New York 10017
(212) 545-4000
ATTORNEY FOR DEFENDANT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| SAMBIT PATTANAYAK,  <br><br>　　　　　　　　　Plaintiff,  <br><br>　　　-against-  <br><br>MASTERCARD, INC.,  <br><br>　　　　　　　　　Defendant. | **Case No. 2:20-cv-12640**  <br><br>**CERTIFICATE OF SERVICE** |

　　　　I hereby certify that true and correct copies of Defendant Mastercard International Incorporated, incorrectly named in this action as "Mastercard, Inc.'s" ("Defendant" or "Mastercard") reply memorandum of law in further support of defendant's motion to dismiss plaintiff's complaint, certification of John Snyder and this certificate of service were filed with the Clerk, United States District Court for the District of New Jersey, and copies were served upon Plaintiff's counsel via ECF, on this 26th day of October, 2020 as follows:

　　　　　　　　Alan Genitempo, Esq.
　　　　　　　　Piro Zinna Cifelli Paris & Genitempo, LLC
　　　　　　　　360 Passaic Avenue
　　　　　　　　Nutley, NJ 07110

        Respectfully submitted,

        JACKSON LEWIS P.C.

By:    */s/ John Snyder*
        John A. Snyder
        ATTORNEY FOR DEFENDANT