**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **SAMBIT PATTANAYAK,**<br><br>       **Plaintiff,**<br><br>v.<br><br>**MASTERCARD, INC.,**<br><br>       **Defendant.** | Civ. No. 20-12640 (KM) (JBC)<br><br>**ORDER** |

    **THIS MATTER** having come before the Court on the motion to dismiss the complaint filed by Defendant Mastercard International Incorporated, named in the complaint as Mastercard, Inc., (DE 6) for lack of personal jurisdiction, pursuant to Fed. R. Civ P. 12(b)(2), and for failure to state a claim, pursuant to Fed. R. Civ. P. 12(b)(6); and the Court having considered the papers in support, in opposition, and in reply (DE 7, 10, 11), and decided the motion without oral argument; for the reasons set forth in the accompanying Opinion, and for good cause shown:

    **IT IS** this 12th day of March, 2021,

    **ORDERED** that the motion to dismiss (DE 6) on the basis of lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2), is **GRANTED**; and it is further

    **ORDERED** that this order is stayed for 14 days, and that the parties shall, within that time, file letter submissions stating their positions as to whether the matter should be dismissed or transferred to another venue, and if transferred, to which district.

                                          /s/ Kevin McNulty

                                          **HON. KEVIN MCNULTY, U.S.D.J.**