## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

**SAMBIT PATTANAYAK,**

    **Plaintiff,**

    **v.**

**MASTERCARD, INC.,**

    **Defendants.**

Civ. No. 20-12640 (KM) (JBC)

**ORDER**

    **THIS MATTER** having come before the Court on the motion to dismiss the Complaint filed by Defendant Mastercard International Incorporated, named in the complaint as Mastercard, Inc., (DE 6); and the Court having granted the motion on grounds of lack of personal jurisdiction, pursuant to Fed. R. Civ P. 12(b)(2), but stayed its ruling so that the parties could state their positions as to whether the matter should be dismissed or transferred to another venue (DE 14); and the parties having submitted letters which both state that the matter should be transferred to the United States District Court for the Southern District of New York (DE 15, 16);

    **IT IS** this 25th day of March 2021,

    **ORDERED** that, pursuant to 28 U.S.C. § 1631, this case is hereby **TRANSFERRED** to the United States District Court for the Southern District of New York.

    The clerk shall close this district's file.

/s/ Kevin McNulty

_____

**Kevin McNulty**
**United States District Judge**