JACKSON LEWIS P.C.
666 Third Avenue
New York, New York 10017
(212) 545-4000

ATTORNEYS FOR DEFENDANT

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SAMBIT PATTANAYAK,<br><br>       Plaintiff,<br><br>    -against-<br><br>MASTERCARD, INC.,<br><br>       Defendant. | Case No.: 21-cv-02657-GBD<br><br>**NOTICE OF MOTION** |

To: Alan Genitempo, Esq.
   Piro Zinna Cifelli Paris & Genitempo, LLC
   360 Passaic Avenue
   Nutley, NJ 07110

  PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 12(b)(6) and the Local Rules of this Court, and upon Defendant's Memorandum of Law, Defendant will move this Court located at 500 Pearl Street, New York, New York 10007 for an Order:

  1. Dismissing the Plaintiff's Complaint in its entirety with prejudice; and

  2. For such further relief as this Court deems proper.

              Respectfully submitted,

              JACKSON LEWIS P.C.
              666 Third Avenue, 29th Floor
              New York, New York 10017
              (212) 545-4000

           By: */s Diane Windholz*
Dated: April 5, 2021       Diane Windholz
   New York, New York     Laura Victorelli