**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SAMBIT PATTANAYAK,<br><br>            Plaintiff,<br>vs.<br><br>MASTERCARD INTERNATIONAL INCORPORATED,<br><br>            Defendant. | **Case No. 21-cv-02657-GBD**<br><br>**ORDER** |

**THIS MATTER** having been brought before this Court by the Plaintiff, SAMBIT PATTANAYAK, upon Plaintiff's Opposition to Defendants Motion to Dismiss and the Court having considered the matter herein, and for good cause having been shown,

**IT IS** on this _____ day of _____, 2021;

**ORDERED** that Defendants Motion to Dismiss is hereby denied in its entirety; and it is further

**ORDERED** that a copy of the within Order shall be served upon all parties within _____ days from the date hereof.

_____

_____ Opposed
_____ Unopposed