**PROOF OF MAILING**

    I hereby certify that on May 4, 2021 Plaintiff's Brief in Opposition to Defendants' Motion to Dismiss, Certification of Alan Genitempo, Esq., a proposed Order and proof of mailing, has been electronically filed with Hon. George B. Daniels, U.S.D.J., United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, by ECF to Hon. George B. Daniels, U.S.D.J. and all counsel, addressed as follows:

Hon. George B. Daniels, U.S.D.J.
United States Courthouse
500 Pearl Street
New York, NY 10007-1312


Diane Windholz, Esq.
JACKSON LEWIS P.C.
666 Third Avenue, 29th Floor
New York, New York 10017

                                        **/s/ALAN GENITEMPO, ESQ.**
                                        Alan Genitempo, Esq.