# PIRO ZINNA
## CIFELLI PARIS & GENITEMPO

| | | |
|---|---|---|
| JAMES M. PIRO<br>FRANK J. ZINNA<br>ANGELO CIFELLI, JR.<br>DAVID M. PARIS+†△<br>ALAN GENITEMPO *<br>RICHARD A. GRODECK†<br>DANIEL R. BEVERE †<br>TODD M. GALANTE*△<br>MICHELLE E. SMITH+ | LIMITED LIABILITY COMPANY<br>⎯⎯⎯⎯<br>ATTORNEYS AT LAW<br><br>360 PASSAIC AVENUE<br>NUTLEY, NEW JERSEY  07110-2787<br>⎯⎯⎯⎯<br><br>(973) 661-0710<br>FAX: 973-661-5157<br>www.pirozinnalaw.com<br>e-mail: agenitempo@pirozinnalaw.com | KRISTEN JONES+<br>ALEX A. PASTORE<br>MICHAEL A. KORIBANICK<br>BRIAN M. FRANKOSKI*<br><br>∗  ALSO MEMBER OF NY BAR<br>+  ALSO MEMBER OF PA BAR<br>†  CERTIFIED BY THE SUPREME COURT<br>OF NEW JERSEY  AS A CIVIL TRIAL ATTORNEY<br>△  RULE I:40 QUALIFIED MEDIATOR |

May 4, 2021

**VIA E-COURTS ONLY**
Hon. George B. Daniels, U.S.D.J.
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

        Re:  Pattanayak v. MasterCard
        Docket:  21-cv-02657-GBD

Dear Judge Daniels:

Enclosed please find Plaintiff's Brief in Opposition to Defendants' Motion to Dismiss, Certification of Alan Genitempo, Esq., a proposed Order and proof of mailing with regard to the above referenced matter.

Thank you for your consideration in this matter.

        Respectfully submitted,
        **/s/ALAN GENITEMPO, ESQ.**
        Alan Genitempo

AG/lc
Encl.
cc:  Diane Windholz, Esq.