UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMBIT PATTANAYAK,<br><br>　　　　　　　　　Plaintiff,<br><br>-against-<br><br>MASTERCARD, INC.,<br><br>　　　　　　　　　Defendants. | Case No.: 21-cv-02657-GBD<br><br>**CERTIFICATE OF SERVICE** |

　　　　I hereby certify that true and correct copies of Defendant Mastercard International Incorporated's, incorrectly named in this action as "Mastercard, Inc." ("Defendant's") reply memorandum of law in further support of its motion to dismiss and this certificate of service were efiled with the Clerk, United States District Court Southern District of New York, and copies were served upon Plaintiff's counsel via ECF on this 11th day of May, 2021 as follows:

　　　　Alan Genitempo, Esq.
　　　　Piro Zinna Cifelli Paris & Genitempo, LLC
　　　　360 Passaic Avenue
　　　　Nutley, NJ 07110

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　JACKSON LEWIS P.C.

　　　　　　　　　　By:　　/s Diane Windholz
　　　　　　　　　　　　　　Diane Windholz
　　　　　　　　　　　　　　Laura Victorelli

　　　　　　　　　　　　　　ATTORNEYS FOR DEFENDANT

4824-6609-8153, v. 1