UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

SAMBIT PATTANAYAK,

                       Plaintiff,

-against-

MASTERCARD INC.,

                       Defendant.

------------------------------------- x

ORDER

21 Civ. 2657 (GBD)

GEORGE B. DANIELS, District Judge:

The initial conference scheduled for July 7, 2021 at 9:30 am is hereby cancelled. An oral argument on Defendants' Motion to Dismiss the Complaint, (ECF No. 22), is scheduled for August 4, 2021 at 11:00 am.

Dated: May 25, 2021
        New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE