**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017-4030
Tel 212 545-4000
Fax 212 972-3213

| | | | |
|---|---|---|---|
| ALBANY, NY | DETROIT, MI | MILWAUKEE, WI | RALEIGH, NC |
| ALBUQUERQUE, NM | GRAND RAPIDS, MI | MINNEAPOLIS, MN | RAPID CITY, SD |
| ATLANTA, GA | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RICHMOND, VA |
| AUSTIN, TX | HARTFORD, CT | NEW ORLEANS, LA | SACRAMENTO, CA |
| BALTIMORE, MD | HONOLULU, HI | NEW YORK, NY | SALT LAKE CITY, UT |
| BERKELEY HEIGHTS, NJ | HOUSTON, TX | NORFOLK, VA | SAN DIEGO, CA |
| BIRMINGHAM, AL | INDIANAPOLIS, IN | OMAHA, NE | SAN FRANCISCO, CA |
| BOSTON, MA | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN JUAN, PR |
| CHARLOTTE, NC | KANSAS CITY REGION | ORLANDO, FL | SEATTLE, WA |
| CHICAGO, IL | LAS VEGAS, NV | PHILADELPHIA, PA | SILICON VALLEY, CA |
| CINCINNATI, OH | LONG ISLAND, NY | PHOENIX, AZ | ST. LOUIS, MO |
| CLEVELAND, OH | LOS ANGELES, CA | PITTSBURGH, PA | TAMPA, FL |
| DALLAS, TX | MADISON, WI | PORTLAND, OR | WASHINGTON DC REGION |
| DAYTON, OH | MEMPHIS, TN | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DENVER, CO | MIAMI, FL | PROVIDENCE, RI | |

MY DIRECT DIAL IS: (212) 545-4028
MY EMAIL ADDRESS IS: DIANE.WINDHOLZ@JACKSONLEWIS.COM

November 10, 2021

**SO ORDERED**

**VIA ECF**

The conference scheduled for November 17, 2021 is adjourned to February 9, 2022 at 9:45 a.m.

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS

Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**RE:** **Pattanayak v. Mastercard, Inc.**
Civil Case No.: **21-cv-02657 GBD**
**Request for Adjournment of Status Conference**

Dear Judge Daniels,

This firm represents Defendant Mastercard International Incorporated, incorrectly named in this action as "Mastercard, Inc." ("Defendant" or "Mastercard"), in connection with the above-referenced matter. Pursuant to Rule 2(A) of Your Honor's Individual Rules and Practices, we write jointly with Plaintiff Sambit Pattanayak's ("Plaintiff's") counsel to respectfully request that the Court adjourn the Parties' November 17, 2021 status conference.

Defendant filed a Motion to Dismiss Plaintiff's Complaint in its entirety on April 5, 2021. See Dkt. No. 22. Your Honor heard oral argument on September 15, 2021. Since that time, the Parties have not engaged in any further discovery or proceedings. As such, we respectfully request that the Court adjourn the status conference until after the resolution of Defendant's motion.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s Diane Windholz*
Diane Windholz

cc: Counsel of Record (*via ECF*)