# PIRO ZINNA
## CIFELLI PARIS & GENITEMPO

| | | |
|---|---|---|
| JAMES M. PIRO<br>FRANK J. ZINNA<br>ANGELO CIFELLI, JR.<br>DAVID M. PARIS+†△<br>ALAN GENITEMPO *<br>RICHARD A. GRODECK†<br>DANIEL R. BEVERE †<br>TODD M. GALANTE*△<br>MICHELLE E. SMITH+ | LIMITED LIABILITY COMPANY<br>———<br>ATTORNEYS AT LAW<br>360 PASSAIC AVENUE<br>NUTLEY, NEW JERSEY  07110-2787<br>———<br>(973) 661-0710<br>FAX: 973-661-5157<br>www.pirozinnalaw.com<br>E-MAIL: agenitempo@pirozinnalaw.com | KRISTEN JONES+<br>ALEX A. PASTORE<br>MICHAEL A. KORIBANICK<br>BRIAN M. FRANKOSKI*<br><br>∗  ALSO MEMBER OF NY BAR<br>+  ALSO MEMBER OF PA BAR<br>†  CERTIFIED BY THE SUPREME COURT<br>OF NEW JERSEY  AS A CIVIL TRIAL ATTORNEY<br>△  RULE I:40 QUALIFIED MEDIATOR |

March 31, 2022

**Via ECF**
Hon. George B. Daniels, U.S.D.J.
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

        Re:  Pattanayak v. MasterCard
             Docket:  21-cv-02657-GBD

Dear Judge Daniels:

As you are aware, I represent the Plaintiff Sambit Pattanayak in the above matter. Pursuant to Your Honor's Order dated February 24, 2022, enclosed please find Plaintiff's Second Amended Complaint.

Thank you for your consideration.

                                    Respectfully submitted,
                                    **/s/ALAN GENITEMPO, ESQ.**
                                    Alan Genitempo, Esq.

AG/lc
cc:  Sambit Pattanayak
      Diane Windholz, Esq.
      Anthony Carabba, Esq.