UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
SAMBIT PATTANAYAK,

                    Plaintiff,

-against-

MASTERCARD INC.,

                    Defendant.
------------------------------------------x

MEMORANDUM DECISION AND ORDER

21 Civ. 2657 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference scheduled for April 20, 2022 is adjourned to June 29, 2022.

Dated: April 19, 2022
      New York, New York

SO ORDERED.

*[signature]*

GEORGE B. DANIELS
United States District Judge