# NOTICE OF APPEAL

## UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMBIT PATTANAYAK,<br><br>          Plaintiff,<br>vs.<br><br>MASTERCARD INC.,<br><br>          Defendant. | **Civil No. 21-cv-02657-GBD**<br><br>**United States District Court**<br>**Judge: Hon. George B. Daniels** |

Notice is hereby given that the Plaintiff, Sambit Pattanayak, appeals to the United States Court of Appeals for the Second Circuit the Memorandum Decision and Orders entered in this action on February 24, 2022 (Document 53) and June 6, 2022 (Document 58), granting Defendant's motion to Dismiss Plaintiff's Complaint, and subsequently denying Plaintiff's request for leave to amend his complaint as futile, respectively.

**Plaintiff/Appellant Counsel:**

Piro Zinna Cifelli Paris & Genitempo, LLC
Alan Genitempo, Esq.
360 Passaic Avenue
Nutley, New Jersey 07110
Phone: (973) 667-0710

Carabba Law Firm P.C.
Anthony Carabba, Jr., Esq.
11 Broadway, Suite 968
New York, New York 10004
Phone: (212) 430-6400

**Defendant/Appellee Counsel:**
Jackson Lewis P.C.
Diane Windholz, Esq.
666 Third Avenue, 29th Floor
New York, New York 10017
Phone: (212) 545-4000

 

                                          **PIRO, ZINNA, CIFELLI,
PARIS & GENITEMPO, LLC**
Attorneys for Plaintiff,
Sambit Pattanayak

BY: **/s/Alan Genitempo, Esq.**
     ALAN GENITEMPO, ESQ.

Dated: July 5, 2022